**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **DUSTIN MACK BARTLETT, # 339584,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO. 25-00415-KD-B** |
| | ) | |
| **RAY SELLARS,** *et al.*, | ) | |
| **Defendants.** | ) | |

## <u>ORDER</u>

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the report and recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1) and dated December 18, 2025 (Doc. 11) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this action is **DISMISSED without prejudice** for Plaintiff's failure to prosecute and failure to comply with the Court's order.

**DONE** and **ORDERED** this **16th** day of **January 2026**.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**